**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| SHKELQESA DERVISHI | : |
| | : |
| | : CIVIL NO.  3:11CV01018  (WWE) |
| v. | : |
| | : |
| STAMFORD BOARD of EDUCATION | :       February 16, 2017 |
| | : |

**HEARING ORDER**

The parties will comply with this order by **March 6, 2017**.

1. **LIST OF WITNESSES**:  The parties shall set forth the name and address of each witness to be called at the hearing.  The list of witnesses should be divided into those witnesses the party will definitely call, and those witnesses it might call.

2. **EXHIBITS**:  Submit a numbered list of all exhibits, with a brief description of each, that each party will offer at the hearing in its case-in-chief.  Plaintiff should number starting at "1"; defendant should number starting at a point above where plaintiff's numbers stop (e.g., "51" or "101" or "501" or "1001").

   The parties shall mark all exhibits numerically with exhibit tags with numbers to be provided by the Clerk's Office upon request.  **Copies of the actual exhibits shall be exchanged no later than March 6, 2017** with the original set of exhibits for the Deputy Clerk and one complete copy of the numbered exhibits for Judge Fitzsimmons to be submitted to the Deputy Clerk at the start of the hearing.

3. **TELEPHONE STATUS CONFERENCE**: A telephone pre-hearing status conference is scheduled for **March 8, 2017 at 11:30 a.m.**

4. **EVIDENTIARY HEARING**:  An evidentiary hearing to determine the amount owed to plaintiff pursuant to the Second Circuit's remand order is scheduled for **March 16 and 22, 2017 at 10:00 a.m.**

   **SO ORDERED** at Bridgeport, Connecticut on the 16th day of February 2017.

                                  /s/
                                  Holly B. Fitzsimmons
                                  United States Magistrate Judge

1