UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

SHKELQESA DERVISHI, on behalf of T.D.,

    Plaintiff

CASE NO. 3:11CV1018 MPS

v.

STAMFORD BOARD OF EDUCATION

    Defendant

## ORDER

Having granted the Defendant, Stamford Board of Education's (the "Defendant"), motion to deposit monies into court [ECF No. 201], the Court hereby orders that, pursuant to 28 USC § 2045 and Federal Rule of Civil Procedure 67, the Defendant may deposit the amount of $740.00, including any interest thereon, into the registry for the Court.

Upon receipt of the check, the Clerk of the Court shall deposit the funds into the United States Treasury to be invested in the Court Registry Investment System (CRIS), the investment management tool of the Administrative Office of the United States Courts. The funds shall be placed in an interest-bearing account in the name of "Clerk of the Court of the United States District Court for the District of Connecticut, Civil Action No. 3:11-cv-1018 (MPS)".

The Administrative Office of the United States Courts shall administer the funds and charge fees under the Court Registry Investment System (CRIS), in accordance

with this Court's Order Regarding Deposit and Investment of Registry Funds entered April 1, 2017. The funds deposited with The Court Registry Investment System shall remain on deposit until further order of the Court.

    **SO ORDERED** this 25th day of March 2022 at Harford, Connecticut.

_____/s/_____
Michael P. Shea
United States District Judge

{01562837.DOCX Ver. 1}