UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHKELQESA DERVISHI,<br>ON BEHALF OF T.D., :<br>    :<br>    Plaintiff, :<br>    :<br>v.  : <br>    :<br>STAMFORD BOARD OF EDUCATION, :<br>    :<br>    Defendant. : | No. 3:11cv1018 (MPS) |

## ORDER OF DISBURSEMENT

The Defendant Stamford Board Of Education deposited the sum of $37,437.86, with the Clerk of the Court and the Clerk deposited the funds into the United States Treasury to be invested in the Court Registry Investment System.  Under Local Rule 67(c), the Clerk of the Court is directed to disburse the $37,437.86, plus any accrued interest, to Shkelqesa Dervishi, 297 Glenbrook Road, Stamford, CT 06906.

IT IS SO ORDERED.

_____/s/_____
Michael P. Shea, U.S.D.J.

Dated:    Hartford, Connecticut
          April 19, 2022